FILED
JAN 28 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Andrew K. Alper (State Bar No. 088876)
   aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard
3  Nineteenth Floor
   Los Angeles, California 90017-2427
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for COMMERCIAL CREDIT GROUP
6  INC. , a Delaware corporation

7

8                  UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | COMMERCIAL CREDIT GROUP, INC., a | CASE No. 2:16-cv-00089-JAM-AC
   | Delaware corporation, |
12 | | ORDER FOR WRIT OF POSSESSION[1]
   | Plaintiff, | [X] AFTER HEARING
13 | | [ ] EX PARTE
   | v. |
14 | | Date:     January 26, 2016
   | HUNDAL TRUCK LINE - HTL, LLC, a | Time:     1:30 p.m.
15 | California limited liability company, and | Crtrm.:   14
   | SUKHPAULSINGH HUNDAL aka | 501 I Street
16 | SUKHPAUL SINGH HUNDAL aka PAUL | Sacramento, California
   | HUNDAL, |
17 | |
   | Defendants. |
18

---

[1] The contents of this Writ of Possession (Clam and Delivery), follow the form adopted for mandatory use by the Judicial Council of California and used in cases pending before the Superior Court of the State of California.

2075206.1 | 100854-0004                    1         ORDER FOR WRIT OF POSSESSION (CLAIM
                                                                       AND DELIVERY)

**AFTER HEARING**

1. [X] The application of the plaintiff* for a writ of possession was heard as follows (check boxes in 1c and 1d to indicate personal presence at the hearing):

    a.    Judicial Officer (name): John A. Mendez

    b.    Hearing date: January 26, 2016

    c.    [ ] Plaintiff (name): COMMERCIAL CREDIT GROUP INC., a Delaware corporation [X] Attorney (name): Andrew K. Alper

    d.    [ ] Defendant (name): HUNDAL TRUCK LINE - HTL, LLC, a California limited liability company, and SUKHPAULSINGH HUNDAL aka SUKHPAUL SINGH HUNDAL aka PAUL HUNDAL [] Attorney (name):

**EX PARTE**

2. [] The application of the plaintiff for an ex parte writ of possession has been considered by the court. n/a

3. **The court finds:**

    a.    [X] Defendant has been properly served as required by Code of Civil Procedure section 512.030.

    b.    Plaintiff [] has [X] has not filed an undertaking as required by Code of Civil Procedure section 515.010. **Undertaking is hereby waived.**

    c.    Plaintiff has established the probable validity of the Plaintiff's claim to possession of the following property (specify):

Two (2) 53' x 102" Wabash Refrigerated Trailers with attached New Carrier Refrigeration Unit, New Sideshirts, and Auto Inflate Tires described as serial numbers 1JJV532W797L003411 and 1JJV532W47:003784;

Four (4) 2015 Volvo Model VNL64T Sleeper Trailers which are described as follows:

*"Plaintiff" includes cross-complainant, and "defendant" includes cross-defendant.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

(a) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle, 38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1112, Serial number 4V4NC9EH8FN930275; (b) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle, 38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1114, Serial number 4V4NC9EHXFN930276; (d) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle, 38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1115, Serial number 4V4NC9EH3FN930278; and (d) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle, 38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1116, Serial number 4V4NC9EH6FN914740.

[] Continued on Attachment 3c. n/a

    d.    [X] There is probable cause to believe this property or some part of it is located at one or more of the following private places (specify):

16 Tempranillo Court, Sacramento, California 95833 and/or 3230 Arena Boulevard, Suite 245-440, Sacramento, California 95834 and/or 21585 Oleander Road, Manteca, California 95337

[] Continued on Attachment 3d. n/a

**ADDITIONAL FINDINGS FOR EX PARTE ISSUANCE OF WRIT OF POSSESSION**

    4.    [] **The court also finds:** n/a

    a.    [] Defendant gained possession of the property described in item 3c, which was not entrusted to the defendant, by feloniously taking such property from the plaintiff by means other than by false or fraudulent representation, pretense, or embezzlement.

    b.    [] The property is a credit card.

    c.    Defendant acquired possession of this property in the ordinary course of the defendant's trade or business for commercial purposes, and (1) the property is not necessary for the support of the defendant or the defendant's family; (2) there is an immediate danger that the

1 property will become unavailable to levy by reason of being transferred, concealed or removed
2 from the state, or will become substantially impaired in value by acts of destruction, or by failure
3 to care of the property in a reasonable manner; and (3) the ex parte issuance of a writ of possession
4 is necessary to protect the property.

5     d.    Total number of boxes checked in item 4: n/a

6 **ORDERS**

7 5. **IT IS ORDERED**

8     a.    The clerk of this court is directed to issue a writ of possession as provided
9 in Code of Civil Procedure section 512.020, directing the United States Marshal within whose
10 jurisdiction the property described in item 3c, or some part of it, is located, to seize such property
11 and retain custody of it as provided in Code of Civil Procedure sections 514.010-514.050.

12     b.    [X] The clerk is directed to issue the writ of possession immediately.

13     c.    [] The clerk is directed to issue the writ of possession upon the plaintiff's
14 filing of a written undertaking, as required by Code of Civil Procedure sections 514.010, in the
15 amount of: $ n/a

16     d.    The written undertaking required by the Defendant for redelivery or to stay
17 delivery is in the amount of: $950,000.00.

18     e.    The clerk of this court is directed to attached a copy of this order and a copy
19 of the plaintiff's undertaking to the writ of possession.

20     f.    The United States Marshal may enter the following private place(s) to take
21 possession of the property or some part of it:

22     16 Tempranillo Court, Sacramento, California 95833 and/or 3230 Arena Boulevard, Suite
23     245-440, Sacramento, California 95834 and/or 21585 Oleander Road, Manteca, California
24     95337

25 [] Continued on Attachment 5f. n/a

26

27     g.    [X] Defendant (name): HUNDAL TRUCK LINE - HTL, LLC, a California
28 limited liability company, and SUKHPAULSINGH HUNDAL aka SUKHPAUL SINGH

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427

HUNDAL aka PAUL HUNDAL is ordered to transfer possession of the property described in item 3c to the plaintiff. (Code of Civ. Proc., §512.070.)

**NOTICE TO DEFENDANT: Failure to comply with an order of the court to turn over possession of such property to the plaintiff may subject you to being held in contempt of court.**

    6.    Number of pages attached: 0

Dated: January 27, 2016

JOHN A. MENDEZ
JUDGE OF THE UNITED STATES
DISTRICT COURT