


**FILED**

JAN 28 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  Andrew K. Alper (State Bar No. 088876)
   aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard
3  Nineteenth Floor
   Los Angeles, California  90017-2427
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for COMMERCIAL CREDIT GROUP
6  INC. . a Delaware corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUNDAL TRUCK LINE - HTL, LLC, a California limited liability company, and SUKHPAULSINGH HUNDAL aka SUKHPAUL SINGH HUNDAL aka PAUL HUNDAL,<br><br>Defendants. | CASE No.  2:16-cv-00089-JAM-AC<br><br>**TURNOVER ORDER**<br><br>Date:  January 26, 2016<br>Time:  1:30 p.m.<br>Crtrm.:  14<br>501 I Street<br>Sacramento, California |

## ORDER

Upon application duly made by Plaintiff COMMERCIAL CREDIT GROUP INC. a Delaware corporation, ("Plaintiff"), for the issuance of a turnover order directed to Defendants HUNDAL TRUCK LINE - HTL, LLC, a California limited liability company, and SUKHPAULSINGH HUNDAL aka SUKHPAUL SINGH HUNDAL aka PAUL HUNDAL ("Defendants") in connection with Plaintiff's Application for Writ of Possession (Claim and Delivery), and good cause having been shown therefor:

IT IS HEREBY ORDERED that Defendants HUNDAL TRUCK LINE - HTL, LLC, a California limited liability company, and SUKHPAULSINGH HUNDAL aka SUKHPAUL SINGH HUNDAL aka PAUL HUNDAL immediately upon entry/levy of this Order, deliver the following property to the Plaintiff via the United States Marshal:

Two (2) 53' x 102" Wabash Refrigerated Trailers with attached New Carrier Refrigeration Unit, New Sideshirts, and Auto Inflate Tires described as serial numbers 1JJV532W797L003411 and 1JJV532W47:003784;

Four (4) 2015 Volvo Model VNL64T Sleeper Trailers which are described as follows: (a) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle, 38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1112, Serial number 4V4NC9EH8FN930275; (b) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle, 38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1114, Serial number 4V4NC9EHXFN930276; (d) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle, 38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1115, Serial number 4V4NC9EH3FN930278; and (d) Sleeper Tractor with Volvo D13 455hp Engine, Volvo ATO2612D Auto Transmission with D, 12,500 lb Front Axle,

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

38,000lb Rear Axle and all Aluminum Wheels with an attached Idlefree AP unit, VE1116, Serial number 4V4NC9EH6FN914740.

Dated: January 27, 2016

JOHN A. MENDEZ
JUDGE OF THE UNITED STATES
DISTRICT COURT