

Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for COMMERCIAL CREDIT GROUP
INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HUNDAL TRUCK LINE - HTL, LLC, a California limited liability company, and SUKHPAULSINGH HUNDAL aka SUKHPAUL SINGH HUNDAL aka PAUL HUNDAL,<br><br>　　　　Defendants. | CASE No. 2:16-cv-00089-JAM-AC<br><br>**PRIVATE PLACE ORDER**<br><br>Date:　January 26, 2016<br>Time:　1:30 p.m.<br>Crtrm.:　14<br>501 I Street<br>Sacramento, California |

Upon application duly made by Plaintiff COMMERCIAL CREDIT GROUP INC.. a Delaware corporation, ("Plaintiff"), and good cause having been shown therefor:

IT IS ORDERED that an United States Marshal of the Eastern District of California, in executing the Writ of Possession (Claim and Delivery) ("Writ") issued by this Court in the above-captioned matter, may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the premises where the property that is the subject of the Writ is located — to-wit:

16 Tempranillo Court, Sacramento, California 95833

to carry out the levy of said Writ in the event the above premises are padlocked or otherwise closed.

Dated: January 21, 2016

JOHN A. MENDEZ
JUDGE OF THE UNITED STATES
DISTRICT COURT