1  Andrew K. Alper (State Bar No. 088876)
   aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard
3  Nineteenth Floor
   Los Angeles, California 90017-2427
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for COMMERCIAL CREDIT GROUP
6  INC. . a Delaware corporation


FILED
JAN 28 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | COMMERCIAL CREDIT GROUP, INC., a      | CASE No. 2:16-cv-00089-JAM-AC
   | Delaware corporation,                  |
12 |                                         | **PRIVATE PLACE ORDER**
   |         Plaintiff,                     |
13 |                                         | Date:    January 26, 2016
   | v.                                     | Time:    1:30 p.m.
14 |                                         | Crtrm.:  14
   | HUNDAL TRUCK LINE - HTL, LLC, a        | 501 I Street
15 | California limited liability company, and | Sacramento, California
   | SUKHPAULSINGH HUNDAL aka               |
16 | SUKHPAUL SINGH HUNDAL aka PAUL         |
   | HUNDAL,                                |
17 |                                         |
   |         Defendants.                    |

18

19

20

21

22

23

24

25

26

27

28

2074948.1 | 100854-0004                1                    PRIVATE PLACE ORDER

Upon application duly made by Plaintiff COMMERCIAL CREDIT GROUP INC.. a Delaware corporation, ("Plaintiff"), and good cause having been shown therefor:

IT IS ORDERED that an United States Marshal of the Eastern District of California, in executing the Writ of Possession (Claim and Delivery) ("Writ") issued by this Court in the above-captioned matter, may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the premises where the property that is the subject of the Writ is located — to-wit:

21585 Oleander Road, Manteca, California 95337

to carry out the levy of said Writ in the event the above premises are padlocked or otherwise closed.

Dated: January 27, 2016

JOHN A. MENDEZ
JUDGE OF THE UNITED STATES
DISTRICT COURT

2074948.1 | 100854-0004                     2                     PRIVATE PLACE ORDER