Andrew K. Alper (State Bar No. 088876)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for COMMERCIAL CREDIT GROUP INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> HUNDAL TRUCK LINE - HTL, LLC, a California limited liability company, and SUKHPAULSINGH HUNDAL aka SUKHPAUL SINGH HUNDAL aka PAUL HUNDAL. <br><br> Defendants. | CASE No. 2:16-cv-00089-JAM-AC <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO FRCP 41(1)(A)** |

Upon reading the Request by Plaintiff to dismiss the Complaint without prejudice and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that the Complaint in the action is hereby dismissed without prejudice in accordance with Federal Rules of Civil Procedure, Rule 41(1)(A).

Dated: April 6, 2016

_____
Hon. John A. Mendez
United States District Court Judge